UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------

Bruce Bryant,
              Petitioner,

   -vs-

William Phillips, Superintendent,

              Respondents.

ORDER

CV-05-1641(FB)

----------------------------------

     On October 13, 2005 the pro se petitioner filed a letter requesting a two week extension of time to file his 440.10 motion is State Court. On September 21, 2005 the Court issued an order granting pro se plaintiff's letter application to stay his present petition so he can exhaust all of his claims in State Court. The order gave the pro se petitioner 30 days to file his motion in State Court. Accordingly, it is

     HEREBY ORDERED that the pro se petitioner's request is GRANTED and he shall file his 440.10 motion is State Court by <u>November 11, 2005</u>.

     The clerk is directed to mail copies of this notice to all parties.

DATED: Brooklyn, New York
       October 28, 2005

                                                U.S.D.J.

cc.: Bruce Bryant, pro se petitioner
     ADA Merri turk Lasky